# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 2:18-cr-58 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE ALGENON L. MARBLEY |
| vs. | ) | |
| | ) | |
| **KWABENA M. BONSU,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER RELEASING DEFENDANT KWABENA M. BONSU
## FROM DENTETION ON CONDITIONS

Upon agreement of the parties, it is ORDRED that Defendant KWABENA M. BONSU shall be released from pretrial detention subject to the following conditions:

1. Defendant must not violate any federal, state, or local law while on release.

2. Defendant must report immediately to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

3. Defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 USC 14135a.

4. Defendant must immediately advise the Court and defense counsel in writing before making any change of residence or telephone number.

5. Defendant must appear in Court as required and must surrender as directed to serve any sentence imposed.

6. PERSONAL RECOGNIZANCE: Defendant promises to appear in Court as required and surrender to serve any sentence imposed.

7. Defendant must submit to supervision and report for supervision to Pretrial Services, Telephone No. 614.719.3070, no later than as directed.

8. Surrender any passport to the Clerk of Courts by March 16, 2018. '

9. Not obtain a passport or other international travel document.

10. Continue or actively seek employment.

11. Abide by the following restrictions on personal association, residence, and travel: Defendant must reside at an address approved by Pretrial Services and his travel is restricted to the Southern District of Ohio.

12. Participate in an electronic monitoring home detention location restriction program and abide by the requirements of that program. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Office or supervising officers. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay as determined by the Pretrial Services Officer.

**Directions to the United States Marshal**

Defendant is ORDERED released.

IT IS SO ORDERED.

20 March 2018

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE